# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

*EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. §1782

**CV 23 80002 MISC**

**APPLICANT: NICOLAE GABRIEL OROS**

Address: Cluj-Napoca, Dorobantilor str., no. 90, apt. 52, Cluj County, Romania

E-mail: gabrielnicu@yahoo.com

*Preamble*

(1) I hereby respectfully request this court to grant me with an order pursuant to 28 U.S. Code §1782 compelling Automattic Inc. (60 29th Street #343, San Francisco, CA 94110, United States of America) to provide me with the information it owns regarding the identity or means of identification of one of its online platforms, Wordpress.com's users.

(2) This is a *pro se* application as I file it on my own behalf.

## I. Facts

(3) I am a colonel in the Romanian Land Forces (part of the Romanian Army), serving as commander of "General Virgil Bădulescu" 61st Mountain Troops Brigade of Miercurea Ciuc, Harghita County, Romania.

(4) As of May, 2022, a series of anonymous defamatory articles regarding the undersigned were posted on "Politica Apocalipsei"/ "The politics of the apocalypse" (www.politicaapocalipsei.net), a blog hosted by the online platform Wordpress.com, owned by Automattic Inc., by an individual under the pseudonym "Pan Themis".

1

(5) These articles basically contain unsubstantiated accusations stating that I obtained my commanding position by using so-called relationships with people in high ranks within the Romanian Ministry of National Defense. Additionally, these articles are filled with baseless insults and allegations regarding my professional competence and integrity.

(6) To illustrate, I shall reproduce below a few paragraphs from these articles, both the original version in Romanian and the English translation:

(i) https://politicaapocalipsei.net/2022/05/24/vanatorii-de-munte-si-de-functii/?amp=1 – published on the 24th of May 2022 (attachment no. 1);

"Vânătorii de munte și … de funcții" – "The hunters of mountains … and of offices" – The title itself is a pun as the type of brigade that I am a commander of is called "the mountain hunters".

| | |
|---|---|
| "Colonelul Oros Nicolae Gabriel (...). Un alt mitocan cocoțat general. (...)De aproape 6 luni, Bg. 61 VM este condusă de un ofițer care se află, astăzi, în situația unei împuterniciri ilegale. Cea mai importantă unitate a armatei României dintr-o zonă "delicată" este condusă de un ofițer care a fost obișnuit să "fenteze" sistemul. (...) Col. Oros va continua să-și exercite autoritatea primitiv, vulgar, dictatorial. (...) Abuzul și corupția sunt rafinate sau extinse până către hărțuire și teroare. Personaje burlești, lipsite de cultură, maniere, educație și moralitate. (...) MApN e plin de "col. Oros". Vânătorii de funcții, ipocriți și demagogi, au adus Armata în pragul colapsului." | Colonel Oros Nicolae Gabriel (…) another boorish person perched as general. (…) For about 6 months now, the 61st mountain troops brigade has been ruled over by an officer that is, today, in the situation of being illegally empowered. The most important unit of the Romanian army from a "delicate" area is ruled over by an officer used to "feint" the system. (…) col. Oros is going to continue to exert his authority in a primitive, vulgar, dictatorial manner. (…) Abuse and corruption are refined and extended to the point of harassment and terror. Burlesque characters, lacking culture, manners, education and morality. (…) The Ministry of National Defense is filled with the likes of "col. Oros". The hunters of offices, hypocritical and demagogical, have led the Army to the brink of collapse. |

2

(ii) https://politicaapocalipsei.net/2022/05/31/apocalipsa-dupa-ciuca/ – published on the 31st of May 2022 (attachment no. 2);

"Apocalipsa după Ciucă" – "The apocalypse after Ciucă" (referring to Nicolae Ciucă, *ex* Chief of Defense Staff within the Romanian Armed Forces and current Prime Minister of Romania);

| "Să ne explice de unde atitudinea și reacțiile de birjar interbelic ale colonelului. (...) În ultimii 2-3 ani, iluștrii mediocrii s-au descoperit somități militare. Pop eminență academică, iar Oros saltimbanc prin munți." | Someone, explain the colonel's interbellic (*note: specific to the period between the two World Wars*) coachman-like attitude and reactions. (…) During the last 2-3 years, illustriously mediocre people found themselves military eminencies. Pop – an academic eminence, whereas Oros – a Merry Andrew in the mountains. |
|---|---|

(iii) https://politicaapocalipsei.net/2022/07/05/armata-din-ardeal-coruptie-si-cumetrii/ – published on the 5th of July 2022 (attachment no. 3);

"Armata din Ardeal, corupție și cumetrii" – "The Army from Ardeal, corruption and cronyism".

| "Triumviratul care-l susține pe Oros este format din întreaga conducere a Armatei. (...) Ei au fost cei care au propus, susținut și aprobat impunerea lui Oros în funcția de la Bg. 61 VM. (...) Unii ar spune că e doar o troacă peste care porcii dau cu râtul când se satură de privilegiile pe care și le oferă reciproc. Alții că este doar oglinda societății. Corupție, abuzuri și sfidarea legii." | The Triumvirate supporting Oros is made of the entire management of the Army. (…) They are the ones who proposed, supported and approved Oros' imposition in his office at the 61st mountain troops brigade. (…) Some would say that this is just a trough that pigs snout over when they get sick of the privileges that they offer to each other. Others would say that this is just the mirror of society. Corruption, abuses and the contempt of the law. |
|---|---|

(iv) https://politicaapocalipsei.net/2022/07/11/divizia-pentru-apararea-coruptiei/ – published on the 11th of July 2022 (attachment no. 4);

3

"Divizia pentru apărarea corupției" – "The division for the defense of corruption".

| "Oros a fost împuternicit ilegal pentru a-și satisface stagiile în funcțiile obligatorii. Studiile lui sunt relative, ca să nu spunem comice. (...) Când te susțin (...), ministrul apărării și (...) șeful SMAp, împreună cu o întreagă camarilă a generalilor, este greu să pierzi un concurs indiferent cât de anormal ar fi să-l câștigi. " | Oros was illegally empowered in order to fulfill the required stages in the mandatory offices. His studies are relative, not to say comical. (…) When the Ministry of Defense and the Chief of Defense Staff, together with the entire camarilla of generals have your back, it is hard to lose a contest, no matter how abnormal it may be to win it. |
|---|---|

(v)  https://politicaapocalipsei.net/2022/07/14/dreptul-la-replica-o-interventie-normala/   - published on the 14th of July 2022 (attachment no. 5);

"Dreptul la replică, o intervenție normală" – "The right of rebuttal, a normal intervention".

| "Chiar nu putem protesta cu puțină originalitate? Înțelegem că plagiatul a ajuns să fie instituționalizat în România, dar cât de tare ne obosește dacă încercăm să-l evităm? (...) De la patetic la penibil și retur." | Is it really not possible to protest in an original manner? We understand that plagiarism has gotten to the point where it is institutionalized in Romania but how tiring could it be to try and avoid it? (…) From pathetic to embarrassing and back again. |
|---|---|

(vi) https://politicaapocalipsei.net/2022/11/24/pensiile-militare-si-contributivitatii/   – published on the 24th of November 2022 (attachment no. 6);

"Pensiile militare și marota «contributivității»" – "The military pensions and the obsession for «contributiveness»".

| "Totuși, înainte de a blama partidele politice, militarii ar trebui să-și întoarcă privirea către propria curte. Toți militarii din Sistemul Național de Apărare/ SNAp sunt vânduți și trădați de camarazii lor. Foarte mulți din cei care au dobândit | However, before blaming political parties, military people should take a look into their own yard. All of the military people in the National Defense System are traded and betrayed by their own comrades. Many of those who gained notoriety in their military |
|---|---|

4

| | |
|---|---|
| notorietate în haina militară fac asta fără regrete sau remuşcări." | uniform do this without any regrets or remorse. |

(vii) https://politicaapocalipsei.net/2022/11/28/parada-militara-si-umilirea-militarilor/  –

published on the 28th of November 2022 (attachment no. 7);

"Parada militară şi umilirea militarilor" – "The military parade and the humiliation of the military people";

| | |
|---|---|
| "Am oferit numeroase exemple de ofiţeri impuşi în funcţii în urma unor concursuri grevate de serioase suspiciuni de fraudă şi corupţie. Un exemplu articulat cu dovezi a fost cel al colonelului Nicolae Oros.<br><br>Un răsfăţat al sorţii, aproape generalul de brigadă Oros (sau cel puţin aşa spera), şi-a comandat uniforma înainte de a fi semnat decretul prezidenţial. Ghinion, nu va fi avansat anul acesta. (…) Este „pila" politicienilor din „grupul de la Cluj" şi colegul şefului Apărării, generalul Petrescu. Nu sunt suficiente argumentele?<br><br>Oros este doar un exemplu, dar lista celor care aşteaptă stele este, iarăşi, lungă. Am putea avea un bloc de paradă format numai din şefi impuşi în funcţie de corupţia şi abuzurile care au transformat Armata în feuda politicienilor." | I've offered plenty of examples of officers that got into their offices as a result of contests encumbered by serious suspicions of fraud and corruption. An example with proof attached was the one of colonel Nicolae Oros.<br><br>Spoiled by fate, the almost-brigade general Oros (at least that's what he hoped for) ordered his uniform before having the presidential decree signed. Bad luck, he will not be advanced this year. (...) He is the "file" (*note: figuratively, it refers to a person that gives or receives favors in order to reach certain goals easier, without going through all the steps that are usually necessary*) of the politicians from the "group from Cluj" and the colleague of the chief of Defense, general Petrescu. Are these arguments not enough?<br><br>Oros is just an example, but the list of those who are waiting to receive stars is, once again, long. We could have a parade group made just of chiefs with offices obtained through the corruption and the abuses that transformed the Army in the fief of the politicians. |

(7) As it can be easily observed, these articles are greatly defamatory, **alleging serious accusations against not only myself, but against the Romanian Army and its entire management**.

(8) I intend to file a defamation lawsuit against the author (in the Romanian courts), but, as I will elaborate in section III *"Application requirements"*, the Romanian Code of Civil Procedure requires that the plaintiff provide the court at least with the identity and address of the defendant, in order to file a lawsuit.

(9) All the articles were posted online on a blog on the Wordpress.com platform (attachment no. 8), owned by Automattic Inc. (attachment no. 9).

(10) They were posted by an **anonymous author**, under the pseudonym "Pan Themis", without leaving any clue regarding their real identity. It is a known fact that the internet is a vast space and that it is an impossible task to personally trace the source of a private blog, without aid from **the platform owner, the only entity that has access to the identity of its users**.

(11) I tried reaching out to Automattic Inc., by sending them a written notification through which I explained the situation I find myself in. I kindly asked them to remove the articles or to provide me with the identity of the author. While they refused to comply with my request, **they assured me of their willingness to turn this information over upon receipt of an order validly issued by a U.S. court** (attachment no. 10).

## II. *Application nature and purpose*

(12) The 28 U.S.C. §1782 states as follows: *"The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal (…). The order may be made (…) upon the application of any interested person"*.

(13) **The procedure, therefore, is a discovery tool** and not a civil action, as its primary purpose is *"to provide federal-court judicial assistance in gathering evidence for use in a proceeding in a foreign or international tribunal"* (*In re* Dubey, C.D. Cal. 2013, 949 F. Supp. 2d 990).

(14) Given that through this petition *(i)* **I only seek to gather information for proceedings against a third person** and that *(ii)* **I have no substantial claims against Automattic Inc.**, from whom I only wish to obtain information, this is an *ex parte* petition.

(15) The reasoning behind this conclusion is simple and it was outlined by case-law as well: *"Letters rogatory may properly be received and appropriate action taken with respect thereto <u>ex parte</u>, as witnesses can raise objections in the exercise of their due process rights by motion to quash subpoenas"* (*In re* Letters rogatory from Tokyo Dist., Tokyo, Japan, C. A. 9 (Cal.) 1976, 539 F. 2d 1216).

(16) According to art. 1-5 of the civil local rules of This Court, *"Without other party"*, *"Ex parte means contact with the Court without the advance knowledge or contemporaneous participation of all other parties"*.

(17) Therefore, I did not serve this application to Automattic Inc., but considering our previous extrajudicial correspondence, they are aware of the discovery I seek and the fact that I may file this petition as **they have already agreed to provide me this information** should I be granted an order by This Court.

### III. *Application requirements*

(18)  According to 28 U. S. C. section 1782, the present petition should meet three requirements: *(a)* the target of the order should be a person or entity who resides or is found in the US district of the court where the petition was filed, *(b)* the applicant should be an interested person and *(c)* the discovery sought should be for use in a foreign proceeding.

(19) The three requirements stated in the legal text were also outlined by jurisprudence:

  □  *"Pursuant to statute authorizing district court to order (...) three requirements are satisfied: (1) the application is made by a foreign or international tribunal or any **interested person**, (2) the discovery is for use in a **proceeding in a foreign** or international **tribunal**, and (3) the person or **entity from whom the discovery is sought is a resident of or found in the district** in which the application is filed"* (*In re* Dubey).

> "*District court is authorized to assist foreign or international tribunal or litigant before such tribunal by ordering discovery where: (1) **person from whom discovery is sought resides or is found in district**; (2) discovery is for use in **proceeding before foreign tribunal**; and (3) application is made by foreign or international tribunal or any **interested person**" (In re Microsoft Corp., S. D. N. Y. 2006, 428 F. supp. 2d 188).*

(20) In the following I will analyze each of these requirements in regard to the petition filed hereby.

### III. A. The target of the order resides or is found in the Northern District of California

(21) Through this petition I seek to obtain the identification information of the author of several articles posted on a blog on the online platform Wordpress.com. In other words, I seek to obtain information about one of this platform's users.

(22) Wordpress.com is owned and managed by Automattic Inc., meaning that the latter is the entity who stores all the information about the online platform users. This conclusion is also supported by the fact that Automattic Inc. has agreed to give such information if presented with a court order.

(23) Automattic Inc. has its headquarters in 60 29th Street #343 San Francisco, CA 94110, United States of America. I consider that **having its headquarters in the jurisdiction of This Court falls within the notion of "residing or being found" in a certain jurisdiction**.

(24) Moreover, Automattic Inc. strengthened this belief by informing me that any petition to obtain a court order should be addressed to the United Stated District Court, Northern District of California.

### III. B. The applicant is an interested person

(25) I reiterate that **the purpose of this application is to gather information** about the anonymous author of a series of defamatory articles **in order to be able to file a lawsuit against this person in the Romanian courts**.

(26) As stated in *in re Merck & Co*, "***An interested person*** *within meaning of statute authorizing an interested person to apply for an order for discovery in aid of foreign proceeding **includes a party to the foreign litigation***" (*In re* Merck & Co., Inc., M. D. N. C. 2000, 197 F. R. D. 267).

(27) However, without knowing the identity of the author, I find myself in the position of not being able to file a lawsuit as the Romanian law is very strict regarding this matter. Article 194 of the Romanian Code of Civil Procedure states as follows: "The civil lawsuit must contain: the first and the last name, the domicile or the residence of the parties (…)", while article 196 (1) states: "**The civil lawsuit that does not contain the first name and the last name of either party (…) is void**".

(28) The possibility of filing such a lawsuit is essential for the undersigned (and even for the other ones attacked through these articles). As mentioned above, I am commander of a mountain troops brigade, consisting of a few thousand people. **The integrity of a military leader** (and of any other leader, for that matter) **is vital in assuring the respect and trust of his subordinates**.

(29) Given the contents of the articles, it is clear that their anonymous author had the sole intention of slandering me, showing no interest in supplying minimal supporting evidence with regards to the actual basis of the statements. Still, the accusations asserted by this author, although baseless, have the power to **diminish my authority** over the brigade and even to **diminish my credibility** among my comrades.

(30) Regardless of the brigade I am a leader of, these attacks harm not only my reputation, but **the reputation of the entire Romanian Army**, integrity and loyalty being two essential characteristics of any military man.

(31) The Romanian military system is characterized by strict and regular inspections (both internal and external) in order to ensure that the exact acts that I am now accused of, such as cronyism, corruption and abuse, are dissuaded or at least discovered and sanctioned immediately. I, just like everybody else, was personally subjected to several inquiries over the years and all of them revealed that the rules and procedures had been followed precisely under my command.

(32) Therefore, allowing such behavior (*i.e.,* as that of the author of these articles) to go unsanctioned has two critical consequences: (1) these allegations may appear to be true to the general public, diminishing both my and the Romanian Army's credibility and (2) it would encourage future similar malicious behaviors.

(33) By bringing this person in front of a court, a clear message will be sent: **one cannot present baseless accusations as facts** and expect no legal consequences.

> *As a matter of fact, all I am asking for is to be given the legal means to protect my reputation and honesty in a court of law, within proceedings which would also offer the author of these articles the equal possibility to bring any evidence in order to support what I consider to be baseless allegations.*

(34) Given all the arguments presented above, I believe the condition of being an interested person is fulfilled and this application is fully justified.

### III. C. *The discovery sought is for use in a foreign proceeding in a foreign tribunal*

(35) As already stated, I need the information about the author **in order to file a defamation lawsuit** against them. Having this information is a prerequisite of filing a civil lawsuit, therefore at the moment there is no pending litigation.

(36) Nevertheless, the statute provides that the discovery be *"for use in a proceeding in a foreign or international tribunal"*, without requesting the proceedings to be pending or imminent. The U.S. Courts have repeatedly established that the proceedings only need to be *"within reasonable contemplation"*:

- *"British criminal proceedings were not required to be pending (…) but rather **is was sufficient that judicial proceedings be within reasonable contemplation**"* (*In re* Letter of Request from Crown Prosecution Service of United Kingdom, C. A. D. C. 1989, 870 F. 2d 686, 276 U.S. App. D. C., 272).

- *"Statute authorizing federal court to order person residing within district to give testimony or to produce document for use in proceeding in foreign or international tribunal **did not require that***

*proceeding be pending before judicial assistance could be granted*" (*In re* Request for Assistance from Ministry of Legal Affairs of Trinidad and Tobago, C. A. 11 (Fla.) 1988, 848 F. 2d 1151).

- "*The statute under which a district court may order a person to produce a document for use in a proceeding in a foreign or international tribunal is not limited to proceedings that are pending or imminent: rather, the proceeding for which discovery is sought need only be within reasonable contemplation*" (*In re* Pimenta, S. D. Fla. 2013, 942 F. Supp. 2d 1282, adhered to 2013 WL 12157798).

- "*Statute providing for judicial assistance to foreign tribunals to obtain evidence for use in foreign proceedings is not limited to proceedings that are pending; to warrant such assistance, the proceedings need only be within reasonable contemplation*" (*In re* Application of Mesa Power Group, LLC, S. D. Fla. 2012, 878 F. supp. 2d 1296).

- "*Statute governing formal assistance to foreign criminal investigations does not contain "imminence" requirement; had Congress meant to authorize assistance to foreign investigations only where foreign proceedings are imminent, it could have said so*" (U. S. v. Sealed 1, Letter of Request for Legal Assistance from the Deputy Prosecutor General of the Russian Federation, C. A. 9 (Wash.) 2000, 235 F. 3d 1200).

(37) My intentions are way beyond the stage of 'contemplation'. I believe that filing this application is enough of a proof of my determination to start a future litigation (considering that the only reason I file this petition is to gather the information I need to file a civil action).

(38) Moreover, as already presented above, **the discovery sought is not only useful in the future proceedings, but it is an essential prerequisite for exactly this purpose: filing a civil lawsuit.**

(39) As for the condition of the proceedings to be in a "foreign tribunal", the future lawsuit will be filed at one of the courts of the Romanian Public Judicial System.

*IV. Discretionary factors*

11

(40) Aside from meeting the three requirements, there are several discretionary factors that This Court would probably take into consideration while deciding upon my application.

(41) The discretionary factors to take into consideration when deciding on a Section 1782 petition were outlined (among other decisions) in the *Intel Corp.* case (*Intel Corp. v. Advanced Micro Devices* Inc., 542 U.S. 241, 258, 2004).

(42) According to this decision, there are four essential discretionary factors: (1) "*the person from whom discovery is sought is a participant in the foreign proceeding*"; (2) "*the nature of the foreign tribunal, the character of the proceedings underway abroad, and the receptivity of the foreign government, court, or agency to U.S. federal-court judicial assistance*"; (3) "*whether the § 1782(a) request conceals an attempt to circumvent foreign proof-gathering restrictions or other policies of a foreign country or the United States*"; and (4) whether the request is "*unduly intrusive or burdensome*".

### *IV. 1. The person from whom discovery is sought is a participant in the foreign proceeding*

(43) This condition seeks to discourage unjustified appeal to the 1782 Section procedure. That is to say that if both the applicant and the person or entity from whom discovery is sought are parties in the foreign litigation, there is a high possibility that the discovery could be obtained within the respective proceeding.

(44) The same conclusion can be drawn from the decision in *in re Lazaridis*: "*Discretionary factors court may consider (…) include: (1) whether person from whom discovery is sought is participant in foreign proceeding, **such that discovery is accessible without statute's aid**"* (*In re Lazaridis*, D. N. J. 2011, 865 F. Supp. 2d 521).

(45) As I have already stated above, **Automattic Inc. will not be a part of the defamation lawsuit** I intend to file against the author of the articles. Therefore, the Romanian court has no means to order the discovery itself.

(46) Moreover, **without having the information sought through this petition there cannot be any litigation** as the Romanian law requires the plaintiff to clearly identify the defendant.

*IV. 2. The nature of the foreign tribunal, the character of the proceedings underway abroad, and the receptivity of the foreign government, court, or agency to U.S. federal-court judicial assistance*

*a. The nature of the foreign tribunal. The character of the proceedings underway abroad*

(47)   The jurisprudence in this matter outlined a few criteria to take into consideration:

▫   *"Within this section (…) "tribunal" has an **adjudicatory connotation"*** (Fonseca v. Blumenthal, C. A. 2. (N. Y.) 1980, 620 F. 2d 322);

▫   *"In order for United Stated district court to grant foreign court's request for judicial assistance in obtaining information, it is sufficient that information sought is intended for use in **a judicial or quasi-judicial controversy and that procedures followed comport with our notions of due process of law"*** (*In re* Request for Judicial Assistance from Seoul Dist. Criminal Court, Seoul, Korea, N. D. Cal. 1977, 428 F. supp. 109, affirmed 555 F. 2d 720).

(48)   The defamation lawsuit I intend to file is a civil action which can only be filed at one of the courts of the Romanian Public Judicial System. The proceedings are primarily governed by the Romanian Code of Civil Procedure, that imposes very strict rules for any type of litigation, seeking to respect all the fundamental principles of the judiciary: the right to defense, the right to uphold a position etc. These proceedings are concluded with the court's deliberation and decision.

(49)   The litigation I will start using the information sought through this petition is an adjudicatory proceeding, therefore I believe this discretionary factor is favorable.

*b. The receptivity of the foreign government, court, or agency to U.S. federal-court judicial assistance*

(50)   Considering that there is no litigation pending and that the information sought is mandatory for filing any lawsuit against the author, there is no way that the Romanian court could oppose to using this information should I be granted an order.

(51) Moreover, neither the Romanian government or the Romanian courts have ever expressed unwillingness to take into consideration evidence gathered abroad. On the same note, I must mention that both The United Stated of America and Romania are signatory States of the Hague Convention on the taking of evidence abroad in civil or commercial matters, concluded in 1970 and that in criminal matters, compulsion of evidence is governed by the provisions of the bilateral Mutual Legal Assistance treaty signed in Washington on May 26, 1999 and the Protocol to the Treaty, signed in Bucharest on September 10, 2007.

(52) Therefore, it is clear that Romania is open to international cooperation in judicial matters.

*IV. 3. Whether the request conceals an attempt to circumvent foreign proof-gathering restrictions or other policies of a foreign country or the United States*

(53) As far as I know, there are no specific restrictions on proof-gathering to situations similar to mine, neither in Romania nor in The United States of America.

(54) Moreover, Article 6, paragraph (1) of the Regulation 2016/679 of the European Parliament and of the Council on the protection of individuals with regard to the processing of personal data and on the free movement of such data (the GDPR Regulation), expressly stipulates that **processing and disclosing personal data is allowed** when *"processing is necessary in order **to protect the vital interests (...) of another natural person**"* or when *"**processing is necessary for the purposes of legitimate interests** pursued (...) by a third party"*.

(55) Considering that without the information sought I am unable to protect and clear my reputation against these anonymous baseless accusations or to stop them, I believe my interests are clearly legitimate, allowing me to attempt gathering this person's identification information.

(56) Additionally, I believe that this condition should be analyzed considering the interpretation it was given by several district courts:

- *"District court **could not consider admissibility of evidence** in foreign proceedings when ruling on application under statute permitting domestic discovery for use in foreign proceedings"* (Brandi-Dohrn v. IKB Deutsche Industriebank AG, C. A. 2 (n. Y.) 2012, 673 F. 3d 76).

- *"**district court need not explore whether information applicant seeks would be admissible in foreign jurisdiction**, or any other issue of foreign law"* (Application of Asta Medica, S. A., C. A. 1 (Me.) 1992, 981 F. 2d 1, 25 U. S. P. Q. 2d 1861).

- *"Statute permitting domestic discovery for use in foreign proceedings does not impose threshold requirement that **material sought be discoverable in foreign proceeding**, regardless of whether request comes from private party of foreign tribunal"* (Intel Corp.).

(57) Therefore, when analyzing this factor, This Court should mainly focus on the fact that there are no restrictions against gathering this type of information.

### IV. 4. Whether the request is unduly intrusive or burdensome

(58) I solely ask to obtain the identification information of one of Automattic Inc.'s users. I can reasonably presume that it has a database containing this type of information, therefore complying to This Court's order (should I be granted one) does not appear to be unduly burdensome, consisting of a very simple action: providing me with a document containing the information sought.

(59) In similar situations, District Courts have also agreed upon this: *"a proposed subpoena requests documents that establish or would **help establish the identity of the author of the blog posts on Wordpress.com (…) does not appear to be unduly burdensome** and is appropriately tailored"* (In re Application of W. Face Capital Inc.); *"proposed subpoena requests documents that establish or would help establish the identity of **the author of the blog posts on Wordpress.com** (…)"* **did not** *"***appear to be unduly burdensome**" (In re Ex parte Frontier Co.).

(60) Moreover, **Automattic Inc.'s willingness to provide me with the information sought should also be taken into consideration**. Similarly: *"order was not oppressive or unduly burdensome and did not violate any substantive of due process right, and putative father **had in***

15

*fact previously expressed willingness to give sample*" (*In re* Letter of Request from Local Court of Pforzheim, Div. AV, Federal Republic of Germany (No. 5 C 34183), W. D. Mich, 1989, 130 F. R. D. 363).

### V.    Fee

(61)  According to the United States District Court, Northern District of California website, any document that is not related to a pending case or proceeding is labeled as a „miscellaneous" paper and has a filing fee of $49.

### VI.    Ending Statement

(62)  For all the arguments presented above, I believe that all the requirements are met and all the discretionary factors weight in in my favor, therefore This Honorable Court has all the reasons to grant me with an order pursuant to 28 U. S. Code 1782 Section, compelling Automattic Inc. (who already expressed its willingness to) to provide me with the identification information of the author of the defamatory articles.

*Attached*:

1.  Article "Vânătorii de munte și … de funcții"/ "The hunters of mountains … and of offices";

2.  Article "Apocalipsa după Ciucă" – "The apocalypse after Ciucă";

3.  Article "Armata din Ardeal, corupție și cumetrii" – "The Army from Ardeal, corruption and cronyism";

4.  Article "Devizia pentru apărarea corupției" – "The division for the defense of corruption";

5.  Article "Dreptul la replică, o intervenție normală" – "The right of rebuttal, a normal intervention";

6.  Article "Pensiile militare și marota «contributivității»" – "The military pensions and the obsession for «contributiveness»";

7. Article "Parada militară și umilirea militarilor" – "The military parade and the humiliation of the military people";

8. Proof the blog is hosted by Wordpres.com;

9. Proof that Automattic Inc. owns Wordpress.com;

10. Automattic Inc. position;

Date  5.12.2022                                              Nicolae Gabriel OROS

Place  Cluj Napoca

17