UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAE GABRIEL OROS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AUTOMATTIC, INC.,<br><br>　　　　　　Defendant. | Case No.   23-mc-80002-LJC<br><br>**ORDER AND RECOMMENDATION REGARDING DISMISSAL**<br><br>Re: Dkt. No. 2 |

The Court denied Plaintiff's application to proceed *in forma pauperis* (IFP) without prejudice.  Dkt. No. 3.  Within **thirty (30) days** of the date of this order, Plaintiff shall file a renewed IFP application that adequately shows he is indigent or pay the $49.00 filing fee in full.  Should Plaintiff fail to respond in accordance with this order, the Court will recommend that Plaintiff's claims be dismissed without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: January 17, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　LISA J. CISNEROS
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge