UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAE GABRIEL OROS,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC, INC.,<br><br>Defendant. | Case No. 23-mc-80002-LJC<br><br>**ORDER SETTING DEADLINE TO CONSENT OR DECLINE TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

Pro se Plaintiff Nicholae Gabriel Oros brings this *Ex Parte* Application to obtain third party discovery from Automattic, Inc. (Automattic) pursuant to 28 U.S.C. § 1782 in connection with allegedly defamatory articles posted about him on a blog hosted on Wordpress.com. Dkt. 1. Wordpress.com is owned and operated by Automattic. Because this is a dispositive matter, the consent of all parties is required for the Court to hear and adjudicate the application. See 28 U.S.C. § 636(c)(1); CPC Pat. Techs. Pty. Ltd. v. Apple Inc., 34 F.4th 801, 807-8 (9th Cir. 2022); Williams v. King, 875 F.3d 500, 503 (9th Cir. 2017).

Oros has consented, Dkt. 8, but he has not served a copy of the application on Automattic, and Automattic has not made an appearance in this matter as an interested party. Oros shall serve a copy of this order on Automattic by **March 17, 2023** and file a proof of service promptly thereafter. Automattic must file a "Consent or Declination to Magistrate Judge Jurisdiction" form indicating whether it consents to or declines magistrate judge jurisdiction by **March 24, 2023**.[1] Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

---

[1] The form is available at https://cand.uscourts.gov/mj_consent-declination_form_10-2020/.

Unless Automattic consents to the jurisdiction of a magistrate judge within the time prescribed, the Court will order the Clerk to reassign the matter to a district judge.

Finally, Oros is encouraged to consider registering to file his court documents electronically. Information for pro se litigants regarding registration for e-filing is available at https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/setting-up-my-account/e-filing-self-registration-instructions-for-pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: March 3, 2023

LISA J. CISNEROS
United States Magistrate Judge

2