UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAE-GABRIEL GABRIEL OROS,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMATTIC, INC.,<br><br>Defendant. | Case No.  23-mc-80002-LJC<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CERTIFICATE OF SERVICE OR STATUS REPORT** |

On October 4, 2023, the Court ordered Plaintiff Nicolae-Gabriel Gabriel Oros to serve Automattic, Inc. with a subpoena for discovery pursuant to 28 U.S.C. § 1782 within thirty days, or by November 3, 2023, and to file the Certificate of Service within two weeks thereafter, or by November 17, 2023.  ECF No. 22.  Given that no Certificate of Service has been filed to date, by January 2, 2024, Plaintiff shall either file the Certificate of Service or file a status report explaining why he has not filed a Certificate of Service.  If Plaintiff fails to comply with this deadline, this action may be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: December 7, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge